# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

137940

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137940
COA: 286238
Wayne CC: 06-008072-01

DYUAN BAXTER, a/k/a ILLINOIS BIFFLE, and
a/k/a DEJUAN BAXTER,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010
_____

s0517

_____
Clerk